# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**714**

**CA 11-00108**

PRESENT: CENTRA, J.P., FAHEY, CARNI, SCONIERS, AND GREEN, JJ.

---

IN RE:  EIGHTH JUDICIAL DISTRICT ASBESTOS
LITIGATION.
------------------------------------------------
KEVIN KLAS, AS EXECUTOR OF THE ESTATE OF                    ORDER
NORMAN WILLIAM KLAS, DECEASED,
PLAINTIFF-RESPONDENT,

                         V

A.O. SMITH WATER PRODUCTS, ET AL., DEFENDANTS,
AND CRANE CO., DEFENDANT-APPELLANT.

---

K&L GATES, LLP, NEW YORK CITY (KIRSTEN ALFORD KNEIS OF COUNSEL), FOR
DEFENDANT-APPELLANT.

BELLUCK & FOX, LLP, NEW YORK CITY (JOSEPH W. BELLUCK OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (John P. Lane, J.H.O.), entered October 19, 2010.  The order denied the motion of defendant Crane Co. for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on February 16, 2011, and filed in the Erie County Clerk's Office on March 28, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court